# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACOB ADAM CASTRO, CDCR #K-48103,<br><br>                               Plaintiff,<br><br>vs.<br><br>LIEUTENANT G.J. JANDA; BENTLY; DR. GREY; VALENCIA; S. HERNANDEZ; L. HERNANDEZ; SUDU; CONES; LIEUTENANT DAVIS,<br><br>                               Defendants. | Civil No.   13cv2750 BEN (MDD)<br><br>**ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE FIRST AMENDED COMPLAINT** |

Plaintiff, currently housed in Corcoran State Prison located in Corcoran, California, and proceeding pro se, has filed a civil rights Complaint pursuant to 42 U.S.C. § 1983, along with a Motion to Proceed *In Forma Pauperis* ("IFP"). On January 10, 2014, the Court granted Plaintiff's Motion to Proceed IFP and sua sponte dismissed his Complaint for failing to state a claim. (ECF No. 7.) Plaintiff was granted leave to file an Amended Complaint in order to correct the deficiencies of pleading identified in the Court's Order. (*Id.* at 7-8.) The time to file an Amended Complaint has since passed but Plaintiff filed a "Motion for Extension of Time to File a First Amended Complaint." (ECF No. 9.) The Court granted Plaintiff's request and permitted him an additional sixty (60) days to file an Amended Complaint. (ECF No. 10.)

Plaintiff has now filed a second "Motion for Extension of Time to Amend a Civil Action." (ECF No. 12.) In this motion, Plaintiff claims that the prison has been on "lock-down" and he has not had access to his legal materials.

The Court finds good cause to grant Plaintiff an extension of time in which to comply with its January 10, 2014 Order. "'Strict time limits ... ought not to be insisted upon' where restraints resulting from a pro se ... plaintiff's incarceration prevent timely compliance with court deadlines." *Eldridge v. Block*, 832 F.2d 1132, 1136 (9th Cir. 1987) (citing *Tarantino v. Eggers*, 380 F.2d 465, 468 (9th Cir. 1967); *see also Bennett v. King*, 205 F.3d 1188, 1189 (9th Cir. 2000). However, no further extensions of time will be granted absent a showing of exceptional circumstances.

## CONCLUSION AND ORDER

Accordingly, the Court hereby **GRANTS** Plaintiff's Motion for Extension of Time to File a First Amended Complaint (ECF No. 12). Plaintiff is granted sixty (60) days leave from the date this Order is electronically filed in which to file a First Amended Complaint which cures all the deficiencies of pleading noted in the Court's January 10, 2014 Order. Plaintiff is once again cautioned that should he elect to amend, his Amended Complaint must be complete in itself, that it will supersede his original Complaint, and that any claim not re-alleged against any Defendant previously named will be considered waived. *See* S.D. CAL. CIVLR 15.1; *King v. Atiyeh*, 814 F.2d 565, 567 (9th Cir. 1987).

DATED: June 30, 2014

_____
Hon. Roger T. Benitez
United States District Judge